BARBARA GABLAS, as Administratrix, etc., of ELSIE LILLIAN GABLAS, Deceased, Appellant, v. LEON S. JONES and WILLIAM HOLUB, Respondents.— Appeal from a judgment and order in a negligence action for the death of an infant, eight years of age. The burial expenses exceeded $400. The verdict of the jury was for $1,000. It is inadequate and should be set aside. Judgment and order reversed on the facts and a new trial granted, with costs to the appellant, unless the defend-

ants stipulate, within ten days from the service of the order entered upon this decision, to increase the verdict to $3,500, in which event the judgment as so increased is affirmed. Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ., concur.